| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: August 29, 2013 2:03 PM |
| **Plaintiff(s)** CR CUSTOM REPAIRS LLP AKA CR CUSTOM REPA<br>v.<br>**Defendant(s)** NATIONWIDE INSURANCE COMPANY OF AMERICA | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV30778<br>Division: 18   Courtroom: |
| **Order: Proposed Order Granting Defendant's Extension of Time to Answer or Otherwise Respond to Complaint** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 8/29/2013

*[signature: Deborah J Grohs]*

DEBORAH J GROHS
District Court Judge

| | |
|---|---|
| **DISTRICT COURT, EL PASO COUNTY, STATE OF COLORADO**<br>270 South Tejon Street<br>Colorado Springs, CO 80903-2203<br>Phone Number: (719) 448-7700 | |
| Plaintiff:  **C.R. CUSTOM REPAIRS, L.L.P., a/k/a C.R. CUSTOM REPAIRS, L.L.C**<br><br>v.<br><br>Defendant:  **NATIONWIDE INSURANCE COMPANY OF AMERICA, d/b/a WESTERN HERITAGE INSURANCE COMPANY** | ▲COURT USE ONLY ▲<br><br>Case No. 2013CV030778<br><br>Division:  18 |
| **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT TO AND INCLUDING SEPTEMBER 6, 2013** | |

**COMES NOW** the Court, having reviewed Defendant's Unopposed Motion for Extension of Time to File Answer or otherwise respond to the Complaint, and being otherwise fully apprised in the premises, hereby ORDERS:

Defendant's Unopposed Motion is GRANTED.  Defendant's answer or other response to the Plaintiff's Complaint shall be filed on or before September 6, 2013.

DATED this _____ day of _____, 2013.

BY THE COURT:

_____
District Court Judge