IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02452-RM-BNB

C.R. CUSTOM REPAIRS, L.L.P., a/k/a C.R. Custom repairs, L.L.C.,

Plaintiff,

v.

WESTERN HERITAGE INSURANCE COMPANY, an Arizona company,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Defendant's Unopposed Motion to Amend Scheduling Order to Extend the Deadline for Submission of Defendant's Expert Disclosures to and Including June 20, 2014** [docket no. 27, filed May 14, 2014] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED.  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **June 20, 2014**, and the parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 7, 2014**.  The discovery cut-off is extended to and including **July 21, 2014**.


DATED:  May 16, 2014