IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02452-RM-BNB

C.R. CUSTOM REPAIRS, L.L.P., a/k/a C.R. Custom repairs, L.L.C.,

Plaintiff,

v.

WESTERN HERITAGE INSURANCE COMPANY, an Arizona company,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Scheduling Order to Correctly Identify the Deadline for Submission of Plaintiff's Expert Rebuttal Report as July 20, 2014** [docket no. 36, filed June 23, 2014] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED and the plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **July 20, 2014**.

DATED:  June 24, 2014