# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 13-cv-2452-RM-BNB

C.R. CUSTOM REPAIRS, L.L.P., a/k/a C.R. CUSTOM REPAIRS, L.L.C.,

   Plaintiff,

v.

WESTERN HERITAGE INSURANCE COMPANY, an Arizona Company,

   Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE
---

This matter comes before the Court upon the parties' Stipulated Motion to Dismiss All Claims With Prejudice in the captioned matter. The Court, having reviewed the same, and being fully advised of the premises, hereby finds and concludes:

The parties' request for dismissal with prejudice of this action is hereby GRANTED, each party to pay its own attorney fees and costs.

DATED this 4th day of August, 2014.

                                        BY THE COURT:

                                        _____
                                        RAYMOND P. MOORE
                                        United States District Judge